AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lisa Way Smith ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   3:10-cv-66-HMH-JRM |
| Commissioner of Social Security Administration ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court adopts the Report and Recommendations of the Magistrate Judge, reverses the decision of the Commissioner, and remands the case for an award of benefits.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Court Judge.

Date:   March 8, 2011

*CLERK OF COURT*

s/Ashley Stewart, Deputy Clerk

*Signature of Clerk or Deputy Clerk*