IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Lisa Way Smith,                              )
                                             )        C.A. No. 3:10-66-HMH-JRM
                        Plaintiff,           )
                                             )
              vs.                            )        **OPINION & ORDER**
                                             )
Michael J. Astrue, Commissioner of          )
Social Security Administration,             )
                                             )
                        Defendant.           )

This matter is before the court on a motion for attorney's fees pursuant to the Equal

Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412 (a), (d).   Lisa Way Smith ("Smith")

seeks attorney's fees for services rendered in the above-captioned social security action in the

amount of Five Thousand One Hundred Sixty-Four Dollars and Seven Cents ($5,164.07)

(calculated at $163.42 per hour multiplied by 31.60 attorney hours).  The Commissioner does

not object to the request for attorney's fees.  Further, the court finds the hourly rate and number

of hours to be reasonable.

It is therefore

**ORDERED** that Smith is awarded a fee of Five Thousand One Hundred Sixty-Four

Dollars and Seven Cents ($5,164.07).

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
May 23, 2011